No. 857.   Coy v. United States.   May 6, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *James E. Fahey* for petitioner.   *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 887.   Copeland v. United States.   May 6, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *James J. Laughlin* for petitioner.   *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 939.   Maxwell v. Hudspeth, Warden.   May 6, 1946.   Petition for writ of certiorari to the Supreme Court of Kansas denied.

No. 955.   Skaug v. Nevada; and
No. 956.   Skaug v. Sheehy, Warden.   May 6, 1946. Petition for writs of certiorari to the Supreme Court of Nevada denied.   *Gregory Hankin* for petitioner.   *Alan Bible,* Attorney General of Nevada, and *Gray Mashburn* for respondents.

No. 1041.   Marvich v. California et al.   May 6, 1946.   Petition for writ of certiorari to the Supreme Court of California denied.

No. 1079.   Reck v. Illinois.   May 6, 1946.   Petition for writ of certiorari to the Supreme Court of Illinois denied.   *Wm. Scott Stewart* for petitioner.